# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-982-831**

Effective Date of Registration:
March 14, 2016

## Title

| | |
|---|---|
| **Title of Work:** | London Has Fallen |
| **Previous or Alternate Title:** | Olympus Has Fallen Sequel |
| **Nature of Claim:** | original motion picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 04, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | LHF Productions, Inc. |
| **Author Created:** | entire film |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | LHF Productions, Inc. |
| | 318 N. Carson St., # 208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | motion picture screenplay |
| **Previously registered:** | Yes |
| **Previous registration and year:** | PAu 3-789-521, 2014 |
| **Basis of current registration:** | This is a changed version of the work. |
| **New material included in claim:** | cinematographic material including performance, and all audio and visual elements |

## Certification

| | |
|---|---|
| **Name:** | Rick Eyler |

Page 1 of 2

Date: March 04, 2016

**Correspondence:** Yes



# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 73.168.247.252 | | 2016-05-14 00:38:59 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Oak Lawn | Cook |
| 2 | 73.22.124.33 | | 2016-05-14 00:40:54 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Chicago | Cook |
| 3 | 67.175.66.48 | | 2016-05-14 01:14:21 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Lansing | Cook |
| 4 | 50.158.53.55 | 17790 | 2016-05-14 02:10:02 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Lake Zurich | Lake |
| 5 | 67.176.236.189 | | 2016-05-14 02:14:57 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Naperville | DuPage |
| 6 | 73.8.73.69 | | 2016-05-14 02:55:11 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Mount Prospect | Cook |
| 7 | 67.165.177.244 | | 2016-05-14 03:29:47 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Chicago | Cook |
| 8 | 67.167.100.113 | | 2016-05-14 03:35:16 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Naperville | DuPage |
| 9 | 24.14.42.150 | | 2016-05-14 03:45:57 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 76.16.50.98 | | 2016-05-14 03:51:38 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Plainfield | Will |
| 11 | 73.73.205.178 | | 2016-05-14 07:46:26 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Waukegan | Lake |
| 12 | 98.222.158.4 | | 2016-05-14 09:04:05 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Glendale Heights | DuPage |
| 13 | 73.44.146.250 | | 2016-05-14 14:07:47 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Palatine | Cook |
| 14 | 50.165.181.172 | 28638 | 2016-05-14 15:34:23 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Chicago | Cook |
| 15 | 73.45.240.198 | | 2016-05-14 16:17:35 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Chicago | Cook |
| 16 | 73.247.25.240 | | 2016-05-14 16:51:40 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Chicago | Cook |
| 17 | 73.51.146.3 | | 2016-05-14 16:59:06 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Oak Lawn | Cook |
| 18 | 50.158.4.213 | 45175 | 2016-05-14 17:04:57 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Dolton | Cook |
| 19 | 24.15.118.10 | | 2016-05-14 17:08:08 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Bolingbrook | Will |
| 20 | 73.36.116.140 | | 2016-05-14 21:03:14 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Crystal Lake | McHenry |
| 21 | 50.178.157.160 | 44743 | 2016-05-14 21:30:37 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Des Plaines | Cook |
| 22 | 67.184.91.109 | | 2016-05-14 21:51:22 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Bartlett | Cook |
| 23 | 71.201.217.59 | | 2016-05-14 22:30:18 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Chicago | Cook |
| 24 | 50.151.87.126 | 17148 | 2016-05-14 22:41:53 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Elmwood Park | Cook |
| 25 | 50.178.212.166 | 61954 | 2016-05-14 23:26:30 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Elmhurst | DuPage |
| 26 | 73.176.248.59 | | 2016-05-14 23:45:40 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Berwyn | Cook |
| 27 | 73.22.12.15 | | 2016-05-14 23:52:27 | London Has Fallen 2016 1080p WEB-DL x264 AC3-JYK | SHA1: 83454A2D2451ED889B9CDD9D60D64BF1C3A5A2A4 | Comcast Cable | Illinois | Waukegan | Lake |